**EXHIBIT 2:** INFRINGEMENT

URL:
https://www.facebook.com/photo.php?fbid=1077547877724886&id=100064090500971&set=a.35657151648
9196

